**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P. O. Box 1150**
**Meridian ID   83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **JOHN ROMANUS FREI, II** | **CASE NO.   20-00831-NGH** |
| **DINA JEAN FREI,** | |
| **Debtor(s).** | |

## CERTIFICATE OF COMPLETION

Kathleen A. McCallister, Chapter 13 Trustee in the above captioned matter, hereby certifies that to the best of her knowledge, information and belief the above-named Debtor(s) have hereby completed all payments due under the Chapter 13 Plan.  The Trustee will file a Final Report and Account when all checks issued in this case have cleared.

The Trustee recommends that the Debtor(s) be granted a discharge pursuant to 11 U.S.C. Section 1328(a).

Dated:  March 17, 2021

  /s/  Kathleen McCallister_____
Kathleen McCallister, Trustee
Chapter 13 Trustee